# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  WILLIESTENE WILLIAMS                             Case Number: 04-75160
        111 W. STATE STREET #202
        ROCKFORD, IL  61101                SSN-xxx-xx-7861

                                                Case filed on:    10/14/2004
                                                Plan Confirmed on:  1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,775.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | WILLIESTENE WILLIAMS | 0.00 | 0.00 | 75.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 75.00 | 0.00 |
| 001 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 3,042.03 | 3,042.03 | 354.11 | 0.00 |
| 003 | PORTFOLIO RECOVERY ASSOCIATES | 3,437.15 | 3,437.15 | 400.10 | 0.00 |
| 004 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 3,506.35 | 3,506.35 | 408.15 | 0.00 |
|  | Total Unsecured | 9,985.53 | 9,985.53 | 1,162.36 | 0.00 |
|  | Grand Total: | 11,349.53 | 11,349.53 | 2,601.36 | 0.00 |

Total Paid Claimant:      $2,601.36
Trustee Allowance:        $173.64         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   11.64           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                           /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan